UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 4, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-MJ-0228-DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| LOVE DEEP SINGH SIDHU, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>LOVE DEEP SINGH SIDHU</u>, Case No. <u>2:10-MJ-0228-DAD</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1); 843 (b)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_    Release on Personal Recognizance

    <u>X</u>    Bail Posted in the Sum of $ <u>100,000 (co-signed by parents)</u>

        <u>X</u>    Unsecured Appearance Bond

        \_\_    Appearance Bond with 10% Deposit

        \_\_    Appearance Bond with Surety

        \_\_    Corporate Surety Bail Bond

        <u>X</u>    (Other)    <u>with pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 4, 2010</u> at <u>3:15 pm</u>.

By <u>/s/ Dale A. Drozd</u>
Dale A. Drozd
United States Magistrate Judge