**FILED**

**Amended**
CONDITIONS OF RELEASE

AUG 1 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

Sidhu, Lovedeep
MAG. 0228-DAD

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall submit to DNA testing as directed by the United States Attorney's Office;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

9. You shall seek and/or maintain employment or attend school on a full-time basis and provide proof of same as requested by your pretrial services officer;

10. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

11. You shall not associate or have any contact with the co-defendants in this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer, **with the exception of Navjot Singh.**

August 11, 2010